

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-26-00173-CV

_____

## IN THE MATTER OF THE SAM RICHARDSON REVOCABLE LIVING TRUST

On Appeal from the 181st District Court
Randall County, Texas
Trial Court No. 86721B, Honorable Ron Enns, Presiding

May 1, 2026

## MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Stacey Galloway Richardson, proceeding pro se, appeals from the trial court's *Order on First Amended Petition for Appointment of Successor Trustee.* We dismiss the untimely appeal for want of jurisdiction.

The trial court signed the *Order on First Amended Petition for Appointment of Successor Trustee* on February 19, 2026. Appellant's notice of appeal was, therefore, due within twenty days, by March 11, 2026. *See* TEX. R. APP. P. 26.1(b) (requiring a notice of appeal to be filed within twenty days after an order is signed in an accelerated appeal), 28.1(a) (accelerating appeals from interlocutory orders); TEX. CIV. PRAC. & REM.

CODE § 51.014(a)(1) (permitting interlocutory appeals from orders appointing trustees). Appellant did not file a notice of appeal until April 9, 2026.

A timely notice of appeal is essential to invoking this Court's jurisdiction. *See* TEX. R. APP. P. 25.1(b), 26.1; *Verburgt v. Dorner*, 959 S.W.2d 615, 616–17 (Tex. 1997). By letter of April 13, 2026, we notified Appellant that her notice of appeal appeared untimely and directed her to show how we have jurisdiction over the appeal. Appellant has filed a response, requesting an extension of time to file the late notice of appeal. As we are without authority to grant such an extension, we must deny the request. *See* TEX. R. APP. P. 2 (prohibiting an appellate court from altering the time for perfecting an appeal in a civil case); 26.3 (allowing an appellate court to extend the time to file a notice of appeal by no more than fifteen days).

Because Appellant has not demonstrated grounds for continuing the appeal, we dismiss her untimely appeal for want of jurisdiction. TEX. R. APP. P. 42.3(a).

Per Curiam

2